RECEIVED
OCT 12 2020
[illegible stamp]

COPY

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

CAROLyNE SiOUX GREEN
                                    Petitioner,

vs.

UNITED STATES COAST GUARD,
UNITED STATES Department
OF VETERANS ADMINISTRATION, and     Respondent.
DOE'S 1 through 1,000

NO. **20-2-15087-8 SEA**

Statement of FAck - Complaint _____ **is attached.**
Exhibit List 1-56.
Brief Timeline 2001 (In Case No 20-2-07852-8, Case No. 20-2-07851-0)
Exhibit List CASE No 20-2-07852-8, 1-112.
Exhibit List Case No. 20-2-07851-0, 1-43.
Civil Complaint Case No. 20-2-04155-34.
Drug PACKEt - partial of a partial (Exh 112, Case No 20-2-07852-8)

# STATEMENT OF FACTS

# CAROLYN® SIOUX GREEN

On February 21, 1994 I blacked out for a moment and slipped on the stainless steel log office ladder, the steepest ladder onboard the USCG Cutter Mellon: My boot started at the top step of the ladder, then my hind end bounced and landed five consecutive times on steel ladder rungs on my right buttocks, direct hits to the same spot. Thankfully I was able to stop prior to my crotch being rammed into the mid-side rail and I ended up lying on the deck below. A couple of crewmembers checked on me after they heard the loud noise. Then I picked myself up and went to go lay down in my rack. I was seriously injured, internally bleeding from the bruise, and I went downhill from that point forward.

Let me note here by stating the fact that "treatment" was physical therapy for the buttocks/hip injury, the injections were lower neck and upper back treatments for the neck pain, and tests were performed as well as many drugs were given. Other than that, there was no treatment for the injury. I do not in any way consider the treatment was exhausted, since treatment barely started. In fact, physical therapy was the only "treatment" for the hip/buttocks injury to speak of, and a shot in the right glute. Try having someone massage torn and injured areas of your glute with nerve pain to only then increase the pain and discomfort, possibly creating more harm. But that was the "treatment plan".

My medical board was a joke. One sided too. The United States Coast Guard honorably and medically retired me Christmas week of 1995 with a combined percentage rate of 28% and rounded to 30% total. The rating listed everything as "possible" except for cervical pain and right hip pyriformis syndrome: Intervertebral disc syndrome: Moderate; reoccurring attacks at 20%, PTSD; Occupational and social impairment due to mild or transient symptoms at 10%, and Muscle Injuries; Group XVIII; pelvic girdle "slight" at ZERO percent. Yep, a big fat zero! I went into the Military a very fit woman and came out to where I could barely walk.

I was becoming internally mangled while gradually splitting apart at the seams at my right sacroiliitis joint, along with an injured neck that greatly affects my right shoulder, even today.

I was even reprimanded with two bad Page-7's, from medical. The first reprimand was after walking around 464 days (1 year 3 months and 10 days), due to the assigned primary care provider. I believed and knew them to be unqualified to manage my injury care. The second reprimand was for asking for medical help without an appointment. This reprimand was after walking around for 652 days (1 year 9 months and 14 days) after being catastrophically injured, without any meaningful care.

Can someone, explain to me how an active duty member can be physically injured, have medical reports–documentation–witnesses, have their duty station solely changed due to the physical injury, yet honorably medically discharged with no treatment or realistic care, then just calling it post-traumatic stress?

A death sentence is what I was given, prior to being kicked to the curb (honorable discharged severely injured) at Pier 36 with a bottle containing (200) Naproxen 500mg tablets Rx#45744 for the refill I'd requested, a few days prior to Christmas. Four days. Four days before Christmas, with no treatment help or plan.

## CONCLUSION:

I have learned what digging myself out of an early grave looks like, that has taken beyond 22 years that includes a life of incalculable carnage. It isn't pretty.
The following new court cases and the included exhibits sum up what happens when people don't do their job, the higher-ranking members who abuse their power and authority. I was honorably discharged while still severely injured.

All the things necessary to function in life, was stolen. My health, my family, my special and dear friends, a marriage, pets, etcetera, etcetera, etcetera. I was not able to get back to most people since before I joined the Military in 1991; my other special friends who I had work relationships with, too.

I lost many important cherished and valued relationships, some have died, some ruined due to no procedural care and from being saturated in VA's drug cocktails. Then with 2001 being a push over and beyond the edge. My health, and all those necessary and important things in LIFE, those things that make the world go around; relationships, laughter, adventure, fun, travel... were all taken, destroyed, including robbing of my reproductive rights as a woman of child bearing age.

An enormous amount of personal finances have been used up, to continue *waiting* for VA Puget Sound to decide to treat me. That's taken 22 years and 19 days to treat my neck injury with just one injection at VA Puget Sound Health Care Systems.
I walked around with my right leg not completely attached for 8 years.
Eight-years. Think about that.

## USCG Law Violations

1. Maiming: Article 124 of the Uniform Code of Military Justice (UCMJ).
2. Robbing of my reproductive rights.
3. 18 U.S Code 113C § 2340A – Torture.
4. UCMJ Article 93: Cruelty and Maltreatment.
5. Eighth amendment: Cruel and Unusual Punishment.
6. UCMJ Article 134-42: Reckless Endangerment.
7. UCMJ Article 134-35: Obstructing justice.
8. UCMJ Article 133: Conduct unbecoming an officer and gentleman.
9. UCMJ Article 107: False statements.
10. UCMJ Article 97: Unlawful detention.
11. UCMJ Article 94: Mutiny and Sedition.
12. UCMJ Article 81: Conspiracy.
13. UCMJ Article 92: Failure to obey order or regulation.
14. Etc.

Respectfully,



*In regards to my integrity, credibility, and character; my legal forms of identification (Driver's licenses, student ID, Military ID, etc.) go back to high school, and my references go back to 3rd-grade.*

# CAROLYN®

CANDIDCAROLYN®
Carolyn Sioux Green
PO Box 2494
Scottdale, AZ 85252
candidCarolyn@gmail.com
Facebook: CarolynSiouxGreen
Instagram: @candidCarolyn
Parler/Twitter: @candidCarolyn
Pinterest: @candidCarolyn
LOCKED Behind (~~Hospital~~) Prison Doors 40–Days book link, signed with a jurat:
https://www.amazon.com/dp/B089SGWJVF

Subscribed and sworn to (or affirmed) before me this 7 day of October , 2020.
                                                                    Month        Year

By _Carolyn Sioux Green_ _____
    Carolyn® Sioux Green            aka        CANDIDCAROLYN®

_____
    Signature of Notary Public

JEFFREY THORSON
Notary Public · Arizona
Maricopa County
Commission # 553142
My Comm. Expires Aug 25, 2022

Sent registered mail, to date, no response.

May 30, 2020

The Honorable Mark T. Esper
Secretary of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

Re: Carolyn Sioux Green #G5971, United States Coast Guard.

Dear Secretary Esper,

Thank you for your time, and patience as I do my best to express myself as I continue to heal from a brain injury. Honorably discharged four-days before Christmas while literally physically injured–splitting at the seams at my right-sided hind-end Si-Joint, with a damaged right shoulder and neck, too.

- An apology to my mother, ███ Green, a Sioux Indian, who hasn't spoken to me since 2003, due to ["*it was her mouth again*"], of which was mainly from negligent care, left walking around with my right leg not completely attached for over eight years, while being saturated with excessive mis-managed inappropriate polypharmacy (drugs), instead of the needed procedural care for my catastrophic *physical injury*. The sole reason for a temporary land duty station from the USCGC Mellon (WHEC 717), on September 20, 1994. The USCG Support Center, then left me walking on my right leg not completely attached, that did not receive care until after over eight-years later.

- Additionally, I am requesting an apology to my old-family, ████████████, for him believing I dishonored their ████████ treasured name (caused by the neglected care for my *physical injury*, of which caused me to be unlawfully and criminally tossed in an asylum like a piece of trash–not seen as human, for a *physical injury*, as well as Providence etc. to then be drugged to death July 2 at Western, for a *physical injury*, with the continued neglect of my well documented *physical injury* throughout the VA Puget Sound, and by them [VA] in 2001). In the process of caring for my neglected *physical injury* while Active duty has cost me everything.

1

- The dismantling of my family and life, maiming my body to include robbing me of my reproductive rights, was due to not treating my *physical injury*. Opened, then closed Carolyn's Cookies started in 2001, to overcome my health challenges from active duty and the 2001 horrific atrocities. In 2014, I started CandidCarolyn® Photography in Washington State to then close it for the same reasons. In 2019, I let go of my real estate license of 20 years, with little use, to *overcome* health challenges. A Physical Injury ≠ psychiatry. Walked out of my entire life in 2002, to live, been on my own since. Injured at 32 years-old, now starting over again in 2020, at 58 years-old.

My Restoration of Rights in Washington State were fully restored, in 2019, from the unlawful taking in 2001, then left with the task to have the other forty-nine states restored, as well as starting my life over.

I have viable Solutions, if you're interested, to prevent this from ever happening to another American citizen, especially veterans and Active duty personnel. The *Initial Computer Gate* (See Solutions folder) is the most effective change to help prevent suicide—and death among veterans and Active duty, reduce violence, as well as provide continuity of care. God bless the United States of America, the greatest nation on earth. I love my home country, free.

Respectfully and sincerely,

*Carolyn*®

Carolyn®
CandidCarolyn®
Carolyn Sioux Green



2

P.S. My trademarks represent that I stand behind my word, instead of class (41) filed under. *See flash-drive.* A no-namer, with three registered ® trademarks from the United States Patent and Trade Office (USPTO), self-taught then filed.

Attachments:
Carolyn®: USPTO Reg. No. 4,546,827, June 10, 2014.
Carolyn®: USPTO Reg No. 4,674,152, Jan. 20, 2015.
CandidCarolyn® aka Carolyn Sioux: USPTO Reg. No 5,411,359, Feb. 27, 2018.

ENCL:
2019-1979 Carolyn's Identification + legal name change
University of Washington Official Transcript + Moon Valley High School fake diploma 1980, GED 2004
*Locked Behind Prison* (~~Hospital~~) *Doors 40-Days* book
*Glimpse of My Past with Some Alcohol, Drugs, and Sex* book
USB flash-drive contents–evidence

CC:

████████████████████████

████████████████

████████████████████

Washington State Attorney General Bob Ferguson
United States Department of Justice, Attorney General William P. Barr

████████████████████████

3

Relevant information to be taken serious with facts and evidence, to avoid where I am today with the United States Coast Guard, and the United States Department of Veterans Administration of filing a civil lawsuit. I learned years ago; a no response is a response. Therefore, in 2020, I sent via Registered Mail up the State of Washington's chain of command, as well as the Federal governments chain of command:

#RE051022084US 06/23 The Justice Dept
#RE051022107US 06/25 The White House
#RE051022075US 06/24 Department of Defense
#RA309359774US 04/15 DEAHQ WA
#RA309359831US 04/20 Honorable Secretary of VA Wilke
#RA309359788US 04/09 DEA Seattle
#RA309359814US since 4/04 VA Puget Sound Health Care Systems

Right to refuse drugs; against RCW 71.05.370, etc.
#RA309359880US 4/09 HHSGov
#RA309359845US 4/09 WA Department of Health
#RA309359862US 4/04 WA DSHS Cheryl Strange
#RA309359859US 4/04 WA DSHS Sean Murphy
#RA309359791US 4/06 TJ Commission
#RA309359828US 4/27 TJ Commission DC
#RA309359805US 4/09 Inspector General
#RA309359876US 4/04 WA Medical Commission (opened then returned with no response)

# CAROLYN® SIOUX GREEN

## v.

# UNITED STATES COAST GUARD
# UNITED STATES DEPARTMENT OF VETERANS
# ADMINISTRATION, and DOE'S 1 through 1,000

# EXHIBIT LIST

## 21 FEBRUARY 1994

Physically Injured
USCG #G5971 honorably discharged, severely injured
A PHYSICAL INJURY ≠ PSYCHIATRY.

### EXHIBIT NUMBER WITH A BRIEF DESCRIPTION

1. <u>20 SEPT **1994**</u>: USCGC Mellon (WHEC 717):
   "32 yo fell onboard ship injured back + right buttocks." "No running, No lifting
   15 lbs, No repeated stair climbing, should not be stationed onboard a ship."

2. <u>30 JAN **1995**</u>: Support Center Seattle Consult to Neuromuscular Clinic at
   Madigan Army Medical Center (MAMC)
   <u>12 APR 95</u>: MAMC Neuromuscular Clinic Dr. J. Newmark write up.
   <u>05 MAY 95</u>: MAMC Neuromuscular Clinic Dr. J. Newmark tests.

# EXHIBIT NUMBER WITH A BRIEF DESCRIPTION

3. <u>11 MAY 95</u>: Emergency Room Stevens Hospital
   "Buttocks pain. Chronic muscle spasms in R buttocks. Pain intense at present. Requests pain meds. Pain radiates down R leg." (*Vicodin* #20, Anaprox DS 15, Soma 20)

4. <u>18 MAY 95</u>: Support Center Seattle – E.D. Bonneau, FNP write up for 28 APR visit. "She [Carolyn] 'does not feel cared for' by me 'all you do is throw drugs at me.' This despite the fact that she has been referred to ...."

5. <u>11 JUL 95</u>: MAMC Physical Medicine Major Harry Smolen M.D.
   "Significant for tenderness over the greater trochanter and along the iliotibial band and over the piriformis region on the right. The Neuro exam was normal, slight pain on Patrick's test and on the Ober test. 1. Probable (crossed out possible) right piriformis syndrome. 2. Greater Trochanter Bursitis. 3. Right Iliotibial Band Syndrome. 4. Cervical myofascial pain syndrome.

6. <u>07 JUL 95</u>: Northwest Pain Specialist, Dr. Louis Saeger
   1). Right posttraumatic piriformis syndrome with persistent buttock and sciatic-pattern pain. 2). Chronic neck and shoulder pain with multilevel cervical degenerative processes and secondary myofascial pain syndrome.
   *Page 3* "I would note this connection that the stresses associated with her workplace harassment when she was aboard ship probably did relate indirectly to the occurrence of the injury in that she was extremely distracted and, although she describes herself as quite athletic and not prone to accidents, the fall from the ladder was in the context of a period of extreme stress and distraction." (*Chetco River –Marks appeal–reply, then chalk harassment up to training*)
   843.8 Piriformis syndrome.
   723.1 Neck pain.
   719.41 Shoulder pain.
   729.1 Myofascial pain.

7. <u>20 JUL 95</u>: Emergency Room Stevens Hospital
   Right Hip Pain. (*Vicodin* given) (*Vicodin here is on Providence 5/31/2001*)

8. <u>01 AUG 95</u>: USCG Dr. Castro's Medical Board write up, with my date corrections prior to typed Medical Board – Dr. Arturo H. Castro, M.D. CDR

9. <u>01 AUG 95</u>: USCG Medical Board Cover Sheet with Diagnosis, and Finding

10. <u>04 AUG 95</u>: Carolyn Statement of Rebuttal Medical Board

# EXHIBIT NUMBER WITH A BRIEF DESCRIPTION

11. <u>20 AUG 95</u>: Physical Disability Evaluation System authored by Executive
    Officer CDR Executive Officer J.A Breckenridge (CDR), By Direction

12. <u>AUG 95</u>: Some Progress Notes for August. Shows buttocks and hip injury.
    Additionally, health care workers (unqualified) reducing the drug Valium 5mg to
    an instant 2.5mg, which is very dangerous. And from 5mg to cold turkey.

13. <u>31 AUG 95</u>: Support Center Seattle CDR Arturo H. Castro M.D.
    "Multiple pain syndrome (chronic) [IMB pending decision] Discusses care with
    Dr. Hughes. (I have no idea who that is). MAMC Pain Clinic consult.

14. <u>14 SEPT 95</u>: Pacific Medical Center, Susan Allen, Physical Therapist note to
    Dr. Harry Smolen, MAMC Physical Medicine.
    Additional notes from Dr. Castro and other medical with Support Center Seattle.

15. <u>18 SEP 95</u>: Northwest Pain Specialist USCG Reimbursement

16. <u>23 OCT 95</u>: University of Washington School of Medicine, Dr. Michael Kliot.
    Letter to Dr. Louis C. Saeger (Northwest Pain Specialist), with a cc to Dr. Mark
    A. Tomski. Plus, billing for "Second Opinion Regarding Piriformis Syndrome –
    see letter dated 06 DEC 95" from Northwest Pain Specialist and University of
    Washington Physicians.
17. 23 OCT 95: *Dr. Mark A. Tomski – Physical Medicine Physiatrist*

18. <u>24 OCT 95</u>: Central Physical Evaluation Board (CPEB)

19. <u>26 OCT 95</u>: Letter from Yvonne Fee to LCDR Henry Reed, Supervisor DWL13
    Regarding the local Medical Officer, Dr. Castro and Mr. Tate. (#5 from box of
    2018–Checkmate)

20. 01 NOV 95: *Dr. Mark A. Tomski – Physical Medicine Physiatrist*
21. 08 NOV 95: *Dr. Mark A. Tomski – Physical Medicine Physiatrist*

22. <u>15 NOV 95</u>: Letter to Kathryn Darner from CWO Gary Tate, By Direction. Bill
    for services would not be processed until progress reports are received.

23. <u>22 NOV 95</u>: Temporary Physical Disability Retirement Effective 21 DEC 95

24. 28 NOV 95: *Dr. Mark A. Tomski – Physical Medicine Physiatrist*
25. 04 DEC 95: *Dr. Mark A. Tomski – Physical Medicine Physiatrist*

# EXHIBIT NUMBER WITH A BRIEF DESCRIPTION

26. <u>05 DEC 95</u>: Dr. Mark A. Tomski treatment and care. 10/23, 11/01, 11/08, 11/28, 12/04. Non-Federal Health Care Bill Letter from [Carolyn]. Reimbursement for patient [Carolyn] payments. Still active duty.

27. <u>06 DEC 95</u> Administrative Remarks (Page 7) Reprimand (for medical appt) Commanding Officer J. T. Peck (CAPT)

28. <u>06 DEC 95</u>: Non-Federal Health Care Bill submitted by Carolyn requesting reimbursement for outside the system medical treatment and care.

29. <u>13 DEC 95</u>: Non-Federal Health Care Bill statement by Commanding Officer J.T. Peck, addressing two comments in my 06 DEC letter. a). Dr. Smolen contacted about "no one knowledgeable in treatment of piriformis syndrome." b) Denied second opinion by Dr. Castro. Still active duty.

30. <u>20 DEC 95</u>: USCG CPEB Findings and Recommended Disposition

31. 08 JAN **1996**: *Dr. Mark A. Tomski – Physical Medicine Physiatrist*
32. <u>12 JAN 96</u>: First appointment, VA Puget Sound Health Care Systems

33. <u>09 SEP 96</u>: Rating Decision. Department of Veterans Affairs Salt Lake City Regional Office. 100% post-traumatic stress, from a low-mild 10% in 1994/95. Make sense? *I didn't think so.*

34. <u>18 JUL 96</u> – Orthopedic 15-minute appt. VA Puget Sound (not attached)

35. 15 JAN **1997**: *Dr. Mark A. Tomski –* <u>Physical</u> *Medicine Physiatrist*
36. 17 *JAN 97: Dr. Mark A. Tomski –* <u>Physical</u> *Medicine Physiatrist*
37. 20 JAN 97: *Dr. Mark A. Tomski –* <u>Physical</u> *Medicine Physiatrist*
38. 22 JAN 97: *Dr. Mark A. Tomski –* <u>Physical</u> *Medicine Physiatrist*
39. 27 FEB 97: *Dr. Mark A. Tomski –* <u>Physical</u> *Medicine Physiatrist*
40. 02 APR 97: *Dr. Mark A. Tomski –* <u>Physical</u> *Medicine Physiatrist*

41. 20 MAY 97: Urgent Care *VA Puget Sound Health Care System–no records at VA*
42. 25 JUN 97: Urgent Care *VA Puget Sound Health Care System–no records at VA*
43. 28 JUN 97: Urgent Care *VA Puget Sound Health Care System–no records at VA*

44. <u>05 AUG 97</u>: VA Puget Sound Health Care System Progress Note "Expresses multiple concerns about pain related to orthopedic problems." Etc.

45. <u>08 AUG 97</u>: General Medical Examination for Compensation and Pension
PROBLEM LIST:
1) *Low back pain*
2) *Pain in the pelvic area*
1997 AXIS I: Rule out delusional disorder
1997 AXIS II: Rule out personality disorder
1997 AXIS III: Multiple musculoskeletal complaints, etc,
~2001 Made it to Disheveled *looking (finally–with an eye roll*–Western asylum)

46. <u>24 DEC 97</u>: "35 of reports onset of neck pain and LBP after a fall down a ladder
well aboard a Coast Guard vessel in February 94. She received various medical
and physical treatments since then, at times seeking private practioners and
paying for treatment out of pocket."

47. 24 Oct **1998**: *VA Puget Sound Health Care System Urgent Care –no records at VA*

48. 25 Oct 98: *VA Puget Sound Health Care System Urgent Care –no records at VA*

49. <u>08 MAY 98</u>: Permanent Retirement; Removal From Temporary Disability

50. <u>22 DEC 98</u>: Rating Decision. Department of Veterans Affairs Salt Lake City
Regional Office. "Veteran currently has a total service-connected disability,
permanent in nature." 100% PTSD rating.

51. 16 FEB **2000**: "She has been advised many times to seek care from PTSD and
she doesn't do it. She no shows for appt and doesn't call."

52. <u>08 MAY 00</u>: VA Puget Sound Health Care Systems Progress Note
1) Chronic fibromyalgia ultram 6-8 tabs a day working well along with Elavil 30-
60mg qd (daily).
2) R hip pain unchanged still says it feels like R hip "slips up"
3) R shoulder pain old problem but new to me... etc.

53. <u>28 JUN 00</u>: Dr. Charlie Paxon – *See* Exhibit 8
2001–Where it Ended & Started (#27 from box of 2018–Checkmate)

<u>Welcome to the Avalanche:</u>
VA Puget Sound Health Care System cancelled my needed Rheumatology
appointment May 21, 2000, to care for my 02/21/1994 physical injury. Even
though my physical injury is well documented, while saturating me in an
inappropriate drugs regimen, instead of procedural care for my physical injury.

**31 MAY 2001**: Taken to Providence St. Peter Hospital by the Olympia Police for driving erratic and fumbling over my words, where my physical injury of 02/21/1994 continued to be neglected, dismissed even.

**On June 1, 2001, all of my inalienable, constitutional and state rights were removed from me, through the Superior Courts, unlawfully.**

**01 JUN 01**: Providence St. Peter Hospital unlawful imprisoned me through the Thurston County Superior Court with a one-minute Ex Parte, for driving erratic on private property. The Deputy Prosecuting Attorney made an unlawful agreement with the court appointed counsel (on the cassette tape, as well as documented in court records), leaving me without legal counsel, with my right leg still not completely attached. I was treated for a fabricated mental disorder, instead of my physical injury that remained untreated, dismissed, with no physical examination at any time.

**01 JUL 01**: Fire Medic Mason County took me to Mason General Hospital where my ex-husband knew and volunteered with these people, so they took his word, based on he worked with them. He left out the fact that he would *yank* on my right leg to pull it out of my hip socket due to it riding too high that caused debilitating unmanageable pain. No one at Mason General nor Fire Medic knew me. Both organizations only took into account what he said, while I was once again restrained to a table wishing I could die. (The leg yanking is noted in Dr. Paxon's progress notes)

**02 JUL 01**: Fire Medic Mason County took me to Western asylum due to the unlawful imprisonment through the Superior Court in Thurston County, with a one-minute Ex Parte, for driving.

**02 JUL 01**: <u>The SAME PERSON, the Court Clerk, initialed for the Deputy Court Clerk, Court Clerk, and Filing Clerk,</u> and with only one signature on the Petition, which then unlawfully landed me in an asylum for seventy-two hours for the neglected Active duty honorable service-related Physical Injury, still not treated in 2001, even though my physical injury is recorded over and over again in the records within the USCG, and VA Puget Sound.

**05 JUL 01**: Transferred to VA Puget Sound, again, where the continued unlawful imprisonment continued, as well as unlawful forced drugging, against my will. <u>I had to ask for a walking cane</u>!! By the time I got back to Dr. Charlie Paxon in 2002, I had been tortured in four-point restraints, for hours, that started at Providence on 31 May 2001, that left me contending with unknown injuries due to the being saturated in drugs, with a newly acquired brain-injury, instead caring and treating me for my physical injury.

**12 JUN 01**: Transferred to VA Puget Sound under another unlawful imprisonment, then left physically injured with no care.

**VA Puget Sound attending was requesting, per the medical record, a 90-**day commitment within the first six-hours and five-minutes (6 hrs 5 min), thus bypassing any neutral party or the legal requirement of seventy-two hours.

**27 JUL 01**: VA Puget Sound finally discharged me after their unlawful imprisonment sentence, except now with a severe drug-induced brain injury, plus no care for the severe physical injury, except for the walking cane I asked for, and with additional physical injuries from Providence. I was discharged without one physical examination, not one time throughout these atrocities that included maiming my bowel function movement, to include robbing me of my reproductive right as a woman at child bearing age, all of which tore apart my beautiful family and life.

In April 2002, I literally, without notice, walked out of my entire life to have my initial physical injury treated and cared for by Dr. Charlie Paxon, so I could live.

54. <u>10 APR 2002</u>: Dr. Charles S. Paxon Progress Note; VA Puget Sound Health Care System began sacroiliac prolotherapy treatments for iliac upslip. (with neither of us knowing how damaged my left-side-hind-end had become from 2001, from being tortured in four-point restraints, for hours. (#29 from box of 2018– Checkmate)

55. <u>13 AUG 2003</u>: VA Puget Sound Health Care System Progress Note Robbie L. Robertson (counselor –a non-drug person) noted about 2001.

56. (*<u>25 FEB 2005</u>*): USCG response to [Carolyn] filing for Hazardous Service (DD Form 2860), in regards to Chetco River. "I was ordered and supervised above deck to paint with "Lead Death" paint in a void of a vessel w/o a respirator. I was ordered to hold my breath and when I needed air to come up for it. The void was also wiped down with Toluene prior to painting." This –the void, along with the Marks appeal received prior to the *slip* on the log office ladder, undeniably connects Chetco River to the ladder injury while stationed onboard USCGC Mellon 21 FEB 94. (Also see #6 Northwest Pain Specialist comments)

The formal complaints filed through the formal process, then ignored by the State of Washington, shows most of what transpired, illegally. The Medical Commission had the hubris to open the registered box and then return with no note, no explanation. Should one ask why it took so long to file formal complaints to address the matter here; it is very difficult to put one's life back together with brain damage, while at the same time being inappropriately saturated in drugs and still contending with an untreated physical injury–left-sided hind end from 2001. And that has taken me beyond five-and-a-half years to unravel the truth to express what happened to my life. In addition, it has taken me into January to become more physically and structurally whole, from 1994, and then with 2001 which was a push over the edge. I have since been living alone since April 2002, due to the reckless care for my injuries.

**New Cases**:
Case No. 20-2-07851-0 Pierce County Superior Court 2020.
Case No. 20-2-07852-8 Pierce County Superior Court 2020.
Case No. 20-2-02551-34 Thurston County Superior Court 2020.

Legally, I have _Standing_ in Washington State:
*Case No. 01-6-97-9 Thurston County Superior Court 2001.
*Case No. 01-6-00742-4 Pierce County Superior Court 2001.
*Case No. DOT 95-0374 King County District Court 1995.
*Case No. 95-36172 King County District Court 1995.


Just getting started again. It indeed has been a very long hard journey. But God!! He is ever faithful and just to forgive us of all of our sin and cleanse us from all unrighteousness. I forgive the United States Coast Guard, and the United States Department of Veteran's Administrations for gutting my entire life, recklessly. I forgive you.

Time for change.



40 years, just about, 30-years is cheers to you!! #partSIOUXpartWhite



E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

October 02 2020 8:30 AM

KEVIN STOCK
COUNTY CLERK
NO: 20-2-07852-8

# CASE NO. 20-2-07852-8

## CAROLYN SIOUX GREEN

### v.

## STATE OF WASHINGTON, UNITED STATES DEPARTMENT OF VETERANS ADMINISTRATION, and DOE'S 1 through 1,000

# EXHIBIT LIST

## EXHIBIT NUMBER WITH A BRIEF DESCRIPTION

1)  02 July: **SUPERIOR COURT PIERCE COUNTY**
    Western asylum, (& VA Puget Sound Healthcare System)
    **Court Clerk initialed in 3 legal capacities:**
    1) Deputy Court Clerk; and
    2) File Clerk; and
    3) Court Clerk during the hearing
    **SAME PERSON** initialed in 3 different legal capacities is criminal impersonation

    <u>3 July</u>: Notice & Order Fixing Time of Hearing Petition for Involuntary Treatment 14
    days, Western State. Court Clerk
    J. Barnes initialed for Deputy Prosecuting Attorney
    NO signature. NO initials for Deputy Prosecuting Attorney Karen C. Calhoun. Unknown
    initials for Mary Opgenorth

2) <u>5 July</u>: "JB" Court Clerk initials

## EXHIBIT NUMBER WITH A BRIEF DESCRIPTION

**3)** 4 July: [Carolyn] hand wrote "No prescription drugs please xo" in her sloppy heavily forced-drugged stuporous condition, on the Twenty-Four Hour Medication Notice, yet still *forced drugged prior to Court*

**4)** 3 July: NO signature for Glenn Morrison "Examining Physician" on Petition for 14-day. Signed only by John M. Haroiain

**5)** 3 July: NO signature for Glenn Morrison on Affidavit for 14-day Petition. Signed only by John M. Haroiain

**6)** 2 July: VA Puget Sound Healthcare System –American Lake: Nandan P. Kumar, premeditation, with prejudice, by IDEAL statement, "It will be ideal to transfer her on a 90 commitment."

**7)** 10 July: VA Puget Sound Healthcare System –American Lake created, then enforced an unlawful *standing order* for forced injections by Attending Nandan P. Kumar

**8)** 8 July: VA Puget Sound Healthcare System –American Lake: Kendric W. Hammond OVERRIDE statement, "...I believe that her objections to taking psychotropics should be overridden."

**9)** 10 July: AFFIDAVIT IN SUPPORT OF PETITION RCW 71.05

**10)** 10 July: NOTICE & ORDER FIXING TIME OF HEARING PETITION FOR INVOLUNTARY 90-DAY NO signatures. NO initials for Deputy Prosecuting Attorney Alma DeMarco. NO signature. NO initials for Court appointed counsel Stanford E. Opdyke

**11)** 13 July: Order Detaining Respondent for 90-day

SUPERIOR COURT PIERCE COUNTY RECORDS

**12)** 13 July: STIPULATION AND WAIVER 90/180 day hearing, while Carolyn was on forced mandatory drugs. Left without effective counsel. No representation

**13)** 13 July: FINDING OF FACT AND CONCLUSIONS OF LAW

**14)** 13 July: FINDING OF FACT AND CONCLUSIONS OF LAW

## EXHIBIT NUMBER WITH A BRIEF DESCRIPTION

**15).** VA Progress Note 14 July: Commitment was extended to 90 days. After patient refused some doses of medication, an *override* was done. At his time, she has a partial privilege

**16).** Notice of Release. Western's 14-day expired. Filed July 20

**17)** VA Progress Note 26 July: C/o ongoing back pain Active inpatient Medications–drugs (MANDATORY–forced), of which includes an unlawful created *Standing Order*

**18)** VA Progress Note 27 July: Discharge, PTSD, no mention of the erroneous diagnosis that I was force drugged for a physical injury, and more mandatory drugs listed

**19)** LESS RESTRICTIVE CONDITIONS DENIED–another unlawful (90-days), with another Stipulation of Waiver, while on mandatory forced drugs

**20)** LESS RESTRICTIVE CONDITIONS GRANTED that included a Court Order to ingest mandatory drugs, without a required Court Order, without a petition filed

**21)** VA cancelled needed Arthritis appointments with Rheumatology

**22)** VA Consult Request 25 July: [Carolyn] requested a WALKING CANE!!

**23)** VA Progress Note 24 Aug: [Carolyn] requesting change in meds. DENIED, due to LRA (an unlawful enforcement of drugs, by the Court)

**24)** VA Progress Note 28 June: Rheumatology/Arthritis Note Dr. Paxon, "This has never been treated directly except by massage and physical therapy. Low back pain is constantly present but not a major issue until she feels the hip is out. The hip seems to develop this malfunction..."

**25)** 26 June: h/o hip pain (secondary to shipboard fall) VA Progress Note

**26)** Mandatory Drugs (forced): VA Puget Sound–American Lake
12–26 June, and 05–27 July

**27)** Drug Interaction Report for Mandatory Forced Drugs JULY 5—27
Major (6)
Moderate (17)
Therapeutic Duplication (5)

# EXHIBIT NUMBER WITH A BRIEF DESCRIPTION OF EXHIBIT

**28)** Drug Interaction Report for Mandatory Forced Drugs JUNE 12—21
Major (1)
Moderate (5)
Therapeutic Duplication (1)

**29)** LOCKED book Chapter 11, pages 108-137 (from Kindle version), for the second unlawful imprisonment at VA Puget Sound PIERCE COUNTY SUPERIOR COURT

**30)** LOCKED book Chapter 6, pages 66-72 (from Kindle version), for the first unlawful imprisonment at VA Puget Sound through THURSTON COUNTY SUPERIOR COURT

**31)** Patient Transfer to VA Puget Sound Health Care System –American Lake from Providence St. Peter Hospital 06/12 (Exh 30)

**32) Lawyers and Court Commissioners List**

**33)** CAROLYN SIOUX: Affidavit – Thurston County Superior Court Restoration of Rights Case No. 19-2-04117-34 (2019)

**34)** Exhibit List Only 1-7 Thurston County Superior Court (Case No. 01-6-97-9 – Case No. 01-6-00742-4) for Restoration of Rights Case No. 19-2-04117-34 (2019)

**35)** RESTORATION OF (FIREARM) RIGHTS November 1, 2019

**36)** Carolyn's 2001 death sentence and an overcomer photo in 2019 back to life

**37)** Pharmaceutical Rape

**38-42)** PHOTOS of CAROLYN:
brief snap shots of Carolyn before, during, after–counterfeit–care

**38)** PHOTOS of CAROLYN:
1993: Carolyn, last known photo taken prior to the injury of Feb. 21 1994
2019: Carolyn, most current photo Nov. 1 2019
2016: Carolyn, Old Glory relay Sept. 11 2016

## EXHIBIT NUMBER WITH A BRIEF DESCRIPTION

**39)** PHOTOS of CAROLYN:
1980s: John Robert Powers; photo by Gordon Rumsey
1980s: Downtown Los Angeles, CA; photo by Michael Helm Photography
2013: Carolyn at Carlsbad Bat caves
1980s: John Robert Powers; photo by Gordon Rumsey

**40)** PHOTOS of CAROLYN:
1998 – Carolyn alive
2002 – Carolyn, after four-forced chemical lobotomies from 2001, left gutted
    a shell of a person
2003 – Carolyn, at her apartment in Lakewood, WA wearing (2) SiLock Belts
    for pelvic support
2010 – Carolyn, volunteering with Washington Trails Association on Mt Rainier wearing
    (1) SiLock Belt for pelvic support

**41)** PHOTOS of CAROLYN:
2003 – Carolyn wearing (2) SiLock Belts for pelvic support while exiting the Lakewood
    Veterans Memorial metal globe
2003 – Carolyn, busted up on bench at the Lakewood Veterans Memorial wearing (2) SiLock
    Belts for pelvic support
2007 – Carolyn with, Dr. Paxon, Ranger Jack and Nurse Carol from Rheumatology at VA Puget
    Sound Healthcare Systems –American Lake Division, standing tall with no belts for
    pelvic support

**42)** PHOTOS of CAROLYN:
2008: Carolyn, obese
2013: Carolyn, University of Washington Presentation on Recycling and Plastics
2017: Carolyn, and example after one Prolotherapy (and/or PRP) treatment (injections) to
    recover from Feb. 21 1994, and four-point mechanical-restraint torture May 31 2001...An
    example of 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009. And then for my right
    ankle, and both left/right side of SI Joint, and left sided inflicted injury from four-point
    mechanical-restraints torture (left sit-bone, hamstring etc.): 2014, 2015, 2016, 2017,
    2018, 2019, and January 2020. Let that sink in.

**43)** Drug-induced Body Harm not injury related

**44)** Case Law Reference from LOCKED book, pages 254-255 (a Kindle version)

**45)** Carolyn; Old Glory relay honoring September 11

**46)** Law Citations of additional violations, LOCKED book, pages 256-269 (a Kindle version)

**47-90)** The Maiming Process shown with photos

## EXHIBIT NUMBER WITH A BRIEF DESCRIPTION

**91)** VA appointments–a few

**92)** Drug excel spreadsheet for the years of mismanaged drugs for a *physical injury*

**93)** VA Drugs excel spreadsheet for Opioids prescribed

**94)** VA Drugs excel spreadsheet for Benzodiazepines prescribed

**95)** VA Drugs excel spreadsheet for NSAIDS prescribed

**96)** VA Drugs excel spreadsheet for anti-convulsants prescribed

**97)** VA Drugs excel spreadsheet for SSRI aka anti-depressants prescribed

**98)** VA Drugs excel spreadsheet for benzos + opioids combined prescribed

**99)** VA Drugs excel spreadsheet for anti-psychotic's aka neuroleptics (seize the brain) prescribed

**100)** VA Puget Sound How Long it Took

**101)** VA Puget Sound How Long it Took

**102)** VA Puget Sound How Care Works

**103)** Carolyn's Winning!!

**104)** Exhibit 1 shows SAME PERSON initialed in three different legal capacities

**105)** Exhibit 2 shows SAME PERSON initialed in three different legal capacities

**106)** Physical injury doctors Carolyn; 1980' and 2019

**107)** Carolyn's backside, been this way numerous times from Prolotherapy and PRP treatments.

**108)** Carolyn's chiropractic care, most records

**109)** Carolyn's physical therapy care, more records

**110)** Carolyn photo different from 1980 and Nov 1 2019, the day my firearm rights were restored

**111)** Carolyn; four snap shot differences between 1998-2020

**112)** The DRUG PACKET referenced in the affidavit:

Included, yet not mentioned, is the form for MY RIGHT TO BEAR ARMS initial form.

CAROLYN SIOUX GREEN
Case No. 20-2-07852-8

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

October 02 2020 8:30 AM

KEVIN STOCK
COUNTY CLERK
NO: 20-2-07851-0

# CASE NO. 20-2-07851-0

## CAROLYN SIOUX GREEN

### v.

## STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES, and DOE'S 1 thorough 1,000

# EXHIBIT LIST

## EXHIBIT NUMBER WITH A BRIEF DESCRIPTION

1) 02 July: **SUPERIOR COURT PIERCE COUNTY**
   Western asylum, (& VA Puget Sound Healthcare System)
   **Court Clerk initialed in 3 legal capacities:**
   1) Deputy Court Clerk; and
   2) File Clerk; and
   3) Court Clerk during the hearing
   **SAME PERSON** initialed in 3 different legal capacities is criminal impersonation

   3 July: Notice & Order Fixing Time of Hearing Petition for Involuntary Treatment 14
   days, Western State. Court Clerk
   J. Barnes initialed for Deputy Prosecuting Attorney
   NO signature. NO initials for Deputy Prosecuting Attorney Karen C. Calhoun. Unknown
   initials for Mary Opgenorth

2) 5 July: "JB" Court Clerk initials

# EXHIBIT NUMBER WITH A BRIEF DESCRIPTION

**3)** 4 July: [Carolyn] hand wrote "No prescription drugs please xo" in her sloppy heavily forced-drugged stuporous condition, on the Twenty-Four Hour Medication Notice, yet still *forced drugged prior to Court*

**4)** 3 July: NO signature for Glenn Morrison "Examining Physician" on Petition for 14-day. Signed only by John M. Haroiain

**5)** 3 July: NO signature for Glenn Morrison on Affidavit for 14-day Petition. Signed only by John M. Haroiain

**6)** 02 July: Western progress note: Lists of some mandatory drugs

**7)** 02 July: Western progress note: Standing Order for forced injections and mandatory drugs, WITHOUT a Petition, and WITHOUT a Court order.

**8)** 05 July: Western lists of drugs

**9)** 10 July: AFFIDAVIT IN SUPPORT OF PETITION RCW 71.05

**10)** 10 July: NOTICE & ORDER FIXING TIME OF HEARING PETITION FOR INVOLUNTARY 90-DAY NO signatures. NO initials for Deputy Prosecuting Attorney Alma DeMarco. NO signature. NO initials for Court appointed counsel Stanford E. Opdyke

**11)** 13 July: Order Detaining Respondent for 90-day

SUPERIOR COURT PIERCE COUNTY RECORDS

**12)** 13 July: STIPULATION AND WAIVER 90/180 day hearing, while Carolyn was on forced mandatory drugs. Left without effective counsel. No representation

**13)** 13 July: FINDING OF FACT AND CONCLUSIONS OF LAW

**14)** 13 July: FINDING OF FACT AND CONCLUSIONS OF LAW

**15** Notice of Release. Western's 14-day expired. Filed July 20

**16)** LOCKED book Chapter 10, pages 94-10 (from Kindle version), for the unlawful imprisonment at Western asylum through PIERCE COUNTY SUPERIOR COURT

## EXHIBIT NUMBER WITH A BRIEF DESCRIPTION

**17)** Drug Interaction Report for Mandatory Forced Drugs JULY 2–5
Major (1)
Moderate (5)
Therapeutic Duplication (2)

**18)** WESTERN MANDATORY FORCED DRUG LIST for a *physical injury*

**19)** LESS RESTRICTIVE CONDITIONS DENIED–another unlawful (90-days), with another
Stipulation of Waiver, while on mandatory forced drugs

**20)** LESS RESTRICTIVE CONDITIONS GRANTED that included a Court Order to ingest
mandatory drugs, without a required Court Order, without a petition filed

**21)** Patient Transfer to VA Puget Sound Health Care System –American Lake from Providence
St. Peter Hospital 06/12 per THURSTON COUNTY SUPERIOR COURT Case No. 01-6-97-9

**22) Lawyers and Court Commissioners List**

**23)** CAROLYN SIOUX: Affidavit – Thurston County Superior Court Restoration of
Rights Case No. 19-2-04117-34 (2019)

**24)** Exhibit List Only 1-7 Thurston County Superior Court (Case No. 01-6-97-9 – Case
No. 01-6-00742-4) for Restoration of Rights Case No. 19-2-04117-34 (2019)

**25)** RESTORATION OF (FIREARM) RIGHTS November 1, 2019

**26)** Carolyn's 2001 death sentence and an overcome photo in 2019 back to life

**27)** Pharmaceutical Rape

**28-32)** PHOTOS of CAROLYN:
brief snap shots of Carolyn before, during, after–counterfeit–care

**28)** PHOTOS of CAROLYN:
1993: Carolyn, last known photo taken prior to the injury of Feb. 21 1994
2019: Carolyn, most current photo Nov. 1 2019
2016: Carolyn, Old Glory relay Sept. 11 2016

# EXHIBIT NUMBER WITH A BRIEF DESCRIPTION

**29)** PHOTOS of CAROLYN:
1980s: John Robert Powers; photo by Gordon Rumsey
1980s: Downtown Los Angeles, CA; photo by Michael Helm Photography
2013: Carolyn at Carlsbad Bat caves
1980s: John Robert Powers; photo by Gordon Rumsey

**30)** PHOTOS of CAROLYN:
1998 – Carolyn alive
2002 – Carolyn, after four-forced chemical lobotomies from 2001, left gutted
    a shell of a person
2003 – Carolyn, at her apartment in Lakewood, WA wearing (2) SiLock Belts
    for pelvic support
2010 – Carolyn, volunteering with Washington Trails Association on Mt Rainier wearing
    (1) SiLock Belt for pelvic support

**31)** PHOTOS of CAROLYN:
2003 – Carolyn wearing (2) SiLock Belts for pelvic support while exiting the Lakewood
    Veterans Memorial metal globe
2003 – Carolyn, busted up on bench at the Lakewood Veterans Memorial wearing (2) SiLock
    Belts for pelvic support
2007 – Carolyn with, Dr. Paxon, Ranger Jack and Nurse Carol from Rheumatology at VA Puget
    Sound Healthcare Systems –American Lake Division, standing tall with no belts for
    pelvic support

**32)** PHOTOS of CAROLYN:
2008: Carolyn, obese
2013: Carolyn, University of Washington Presentation on Recycling and Plastics
2017: Carolyn, and example after one Prolotherapy (and/or PRP) treatment (injections) to
    recover from Feb. 21 1994, and four-point mechanical-restraint torture May 31 2001...An
    example of 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009. And then for my right
    ankle, and both left/right side of SI Joint, and left sided inflicted injury from four-point
    mechanical-restraints torture (left sit-bone, hamstring etc.): 2014, 2015, 2016, 2017,
    2018, 2019, and January 2020. Let that sink in. (see Exh 42). Welcome to the avalanche.

**33)** Drug-induced Body Harm not injury related

**34)** Case Law Reference from LOCKED book, pages 254-255 (a Kindle version)

**35)** Carolyn; Old Glory relay honoring September 11

**36)** Law Citations of additional violations, LOCKED book, pages 256-269 (a Kindle version)

**37)** Exhibit 1 shows SAME PERSON initialed in three different legal capacities

## EXHIBIT NUMBER WITH A BRIEF DESCRIPTION

**38)** Exhibit 2 shows SAME PERSON initialed in three different legal capacities

**39)** Carolyn's Physical injury doctors, most records

**40)** Carolyn's chiropractic care, most records

**41)** Carolyn's physical therapy care, most records

**42)** Carolyn's backside, been this way numerous times from Prolotherapy and PRP treatments.

**43)** Carolyn; four snap shot differences between 1998-2020

Included, yet not mentioned, is the form for MY RIGHT TO BEAR ARMS initial form.

Person Filing: CANDIDCAROLYN®

Address (if not protected): PO Box 2494

City, State, Zip Code: SCOTTSDALE, AZ 85252

Telephone: (253) 588-8100

Email Address: candidCarolyn@gmail.com

Representing [ X] Self or [ ] Attorney for _____

Lawyer's Bar Number: n/a

E-FILED
THURSTON COUNTY, WA
SUPERIOR COURT
10/08/2020 8:02:36 AM
Linda Myhre Enlow
Thurston County Clerk

# SUPERIOR COURT OF WASHINGTON
# FOR PIERCE COUNTY

CAR●LYN® SIOUX GREEN

**Plaintiff**

STATE OF WASHINGTON,
PROVIDENCE ST. PETER HOSPITAL,
OLYMPIA POLICE DEPARTMENT,
THURSTON C●UNTY, and DOE'S 1
through 1,000

**Defendants**

**Case Number:** 20-2-02155-34

**Title: CIVIL COMPLAINT**

Comes now the above named plaintiff(s) and for cause of action against the above named defendant(s), allege as follows:

See the attached Statement of Facts, and Exhibits.

**Dated this** *October 7, 2020*

*(Date of signature)*

(Signature of Plaintiff or Plaintiff's Attorney)

# EXHIBIT LIST

## CAROLYN® SIOUX GREEN

## v.

## STATE OF WASHINGTON, PROVIDENCE ST. PETER HOSPITAL, OLYMPIA POLICE DEPARTMENT, and DOE'S 1 through 1,000

<u>EXHIBIT NUMBER WITH A BRIEF DESCRIPTION</u>

1) Chapter 2 from LOCKED (a Kindle version)

2) City of Olympia Police Department Incident Report #2001-04560
"Driving her vehicle in a reckless manner"
"Driving recklessly" (Exh 3, Case No. 19-2-04117-34)

# EXHIBIT NUMBER WITH A BRIEF DESCRIPTION

3) Crisis Services Evaluation Form 5/31/01
Shows No Great weight given (Exh 7, Case. No. 19-2-04117-34)

4) @1845 hours Restraints started, for hours. Then again @1915 hours Restraint & Seclusion Orders signed AFTER the fact of time restraints started

5) @1935 hours Providence ER, Droperidol 5mg force injected

6) @2145 hours Providence ER, "Pt keeps leaving room. Playing in drawers in room. Pt placed in restraints for swinging at RN D. Scott."
*Note*: (Exh 2) Olympia Police Report Case No. 2001-04560: Olympia Police Report clearly refutes Providence swing comment. We had to hold [Carolyn] down, while she was strapped down. [Carolyn] did *not* try to assault any of us, she just tried to leave. (nullifies the reason for restraints –swinging, untrue and groundless *Playing in a medical cabinet is groundless for the use of four-point mechanical-restraints*.)

@2243 "Resisting restraints and trashing about Droperidol 5mg."

7) Medical cabinet example, photo taken from VA Puget Sound ER

8) Providence Emergency Report – Paul. L. Fleming, M.D.

9) Recap of the first 24 Hours of forced drugs, and four-point mechanical restraint times while in the ER (Exh 4, 5, 6, 7). Providence St. Peter Hospital Olympia Washington ER report (Exh 8): Physical exam: FRONT SIDE ONLY, while in four-point mechanical-restraints (Exh 8) (Exh 4, Case. No. 19-2-04117-34)

10) 01 JUNE 01 Providence St. Peter Psychiatric Progress Record:
"Admin Note arrived unit at 0300 hours" "Given 30mg Restoril" forced injection
"Escorted to bed by 2 Staff as Pt UNSTEADY ON FEET" confirms I needed two people to help me walk after the tortuous ER four-point mechanical restraints for hours. "Pt said she has been seen by Dr. Weeks + Dr. Paxon" noted (Dr. Paxon [Carolyn's] Rheumatology doctor at VA Puget Sound, referred by Dr. Weeks) June 1 @ 2:00 PM (Exh 4, 6, 9), (Exh 4, Case. No. 19-2-04117-34)

11) Notice of Statement of Rights (Adult) – "Sleep Deprived" notation (Only Court document given to respondent) (Exh 3, Case No. 19-2-04117-34)

12) Notice of Statement of Rights (Adult) – "Sleep Deprived" notated again, and asking for a Judge (Exh 3, Case No. 19-2-04117-34)

13) Toxicology Providence 05/31/01 06/01/01, and 06/12/01
(Exh 4, Case No. 19-2-04117-34)

# EXHIBIT NUMBER WITH A BRIEF DESCRIPTION

14) *One-minute* ExParte Court Hearing June 1, 2001 for a 14-day by Deputy Prosecuting Attorney Henry Gose McCleary Jr., and Court appointed ineffective counsel Elizabeth Elder Covington who without my consent or knowledge waived my legal right to be present in Court (Exh 7, Case. No. 19-2-04117-34)

15) 01 JUN 01 Superior Court Thurston County Petition for <u>14-day 06/01</u> George Chappell. Maggie Smith. Providence St. Peter Hospital Superior Court Thurston County Finding, Conclusions and Order <u>01 JUN 01 @ 9:10 AM</u> SUPERIOR COURT OF THURSTON COUNTY PETITION FOR INITIAL DETENTION for 14-day "... have packed up the evidence of my home, my Brand Value...." Supplemental Information: "...She is illogical: she states that she "is a "Brand" when asked about what that means she states that she has value and quality." (2001–*Frozen cookie business evidence*)

16) <u>PROVES: NOT "gravely disabled". NOT a "mental disorder"</u>
<u>"Competent". Able to make choices essential for one's "health or safety"</u>
(Exh 6, Case. No. 19-2-04117-34)

<u>5 June</u>: @ 2140 PM [Carolyn] "requesting a full-entire copy of medical records, charts, documentation", "resolve concerns" "about care & spiritual services" "actively participate in decisions about my health care". DENIED.
(Exh 6, Case. No. 19-2-04117-34)

<u>6 June</u>: [Carolyn] requests a Judge to stop forced drugging –DENIED.
(Exh 6, Case. No. 19-2-04117-34)

<u>7 June</u>: @1600 PM [Carolyn] requests a copy of WAC 388-861-211 Advising patient rights, off Providence art gallery wall (Exh 6, Case. No. 19-2-04117-34)

<u>8 June</u>: @ 0810 AM [Carolyn] "talked to Andy Anderson @ Muenster & Danielson Attorney @ Law". Requesting legal help, due to No right to effective counsel with Court appointed counsel. And with more forced injections of HALDOL noted, and AFTER reported negative effects. (Exh 6, Case. No. 19-2-04117-34)

During the 90-day Court hearing June 8, 2001 (Carolyn was on mandatory forced injections of HALDOL, without a Petition filed. No Court order, and injected 5.5 mg of HALDOL prior to Court Hearing (Exh 6, Case. No. 19-2-04117-34)

17) Forced injections of HALDOL 06/06 –06/12 *excel sheet*
Neuroleptic HALDOL Potencies and Toxicities

18) **Recopied Drug Record 6/6/01"**

# EXHIBIT NUMBER WITH A BRIEF DESCRIPTION

19) 06 Jun 01: Carolyn forced mandatory forced drug injections, forced to ingest drugs, to a non-consenting person. Non-Consenting form signed by John P. Haws, and George Chappell.

20) LOGBOOK evidence notes (partial) taken by Carolyn;

**02 June at 2148**: Only cold showers. Drugs administered

**04 June**: "The handicap bathroom is being used for storage." "Toilet is still malfunctioning." Whose prison is this anyway?"

**05 June**: "Who got left outside?" Waiting for my attorney. Listing of drugs

**05 June**: "I still have several physical signs of deep bruising from being in restraints for several hours." From 5/31, and so on

**05 June**: [Carolyn] requesting medical records. DENIED

**06 June**: *Where I was*: 01 JUN 06 "I NEED A JUDGE..." DENIED
while at Providence St. Peter enduring unlawful requirements to ingest drugs against my will, that turned into unlawful forced injections, caused by *no* treatment for my catastrophic physical injury while active duty (Exh 57)

**06 June at 1337**: Forced injections of HALDOL

**06 June at 0609**: "I have had my access to a shower locked-up constantly. I have had my communication restricted." "Sleep deprived when I arrived."

**07 June at 0840**: "I [Carolyn] am refusing medication again"

**07 June**: "I was told by Dr. Haws that until I take my meds orally I will not be discharged." Used as a "research project"

**07 June at 0915**: Forced injections of HALDOL (*not recorded on "recopied" drug record*)

**07 June at 1340**: Called hospital Action Line.
@1520 Asking for WAC (patient rights) off the art gallery wall)

**07 June at 1600**: Staff making copy of WAC codes for [Carolyn]

**07 June at 2200**: Nurse insisting of forced injections of HALDOL, even with reported negative effects

**07 June at 2242**: Forced injections of HALDOL

# EXHIBIT NUMBER WITH A BRIEF DESCRIPTION

**08 June at 0850**: Forced injections of HALDOL (*not recorded on "recopied" drug record*).

**8 June at 0947**: shows, **"5/31- _____"**, an entire judicial week went by, and I [Carolyn] had no idea when I was going to be heard by a neutral party. DENIED, then ignored, with no right to effective counsel. I had no idea when I was going to be released after (approx. 192 hours, 6-judicial-days + a weekend). Out of toilet paper. Spoke with hospital Hot Line again
**08 June**: pm Forced injections of HALDOL
**09 June**: Forced injections of HALDOL (amount of medication increase [HALDOL from 1 mg to 2.5 mg] was due to?)

**10 June**: "back pain" complaint noted twice, asked for a doctor. DENIED.
Unsanitary bathroom practices. (Exh 4, Case. No. 19-2-04117-34), (Exh 24, Case No. 20-2-07852-8)
*End of Exhibit 20 for LOGBOOK evidence notes (partial) taken by Carolyn;*

21) Superior Court Thurston County Petition for 90-day 06/08 George Chappell, Maggie Smith, Providence St. Peter Hospital Superior Court Thurston County Finding, Conclusions and Order 06/08 on forced injections of 5.5 mg of HALDOL, knowing Carolyn had not had a 72 hour, as Providence self-created a mandatory forced injection schedule without a required Petition filed, without a required Court order.

22) **08 June**: Physicians Orders; *Increase* HALDOL IM to 2.5 mg with each med refusal of Seroquel/Depakote Standing Order without a required Petition filed, no Court order.
**11 June**: Drug list and Standing Order for forced injections

23) **09 June at 1615**: Standing Order for forced injections of HALDOL

24) **09 June at 1615**: "HALDOL IM – not optimal, given risk of TD(esp in mood d/o...)" *Shows deliberate indifference*

25) Right to Refuse (antipsychotic) drugs aka neuroleptic, seize the brain drugs.
01 June: Right to Refuse drugs. DENIED
01 June: Right to Refuse drugs. DENIED
01 June: Right to Refuse drugs. DENIED

02 June: Right to Refuse drugs. DENIED
02 June: Right to Refuse drugs. DENIED

Right to Refuse (antipsychotic) drugs aka neuroleptic, seize the brain drugs.
02 June: Right to Refuse drugs. DENIED Forced to ingest drugs, against my will

03 June: Right to Refuse drugs. DENIED Forced to ingest drugs, against my will
03 June: Right to Refuse drugs. DENIED Forced to ingest drugs, against my will

# EXHIBIT NUMBER WITH A BRIEF DESCRIPTION

03 June: Right to Refuse drugs. DENIED Forced to ingest drugs, against my will

04 June: Right to Refuse drugs. DENIED Forced to ingest drugs, against my will
04 June: Right to Refuse drugs. DENIED Forced to ingest drugs, against my will
04 June Right to Refuse drugs. DENIED "To refuse to take medication in this facility my option
1) Take it by pills or 2) Get the shot

05 June: Right to Refuse drugs. DENIED Forced to ingest drugs, against my will
05 June: Right to Refuse drugs. DENIED Forced to ingest drugs, against my will
05 June: Right to Refuse drugs. DENIED Forced to ingest drugs, against my will

06 June: Right to Refuse drugs. DENIED *Force injected* HALDOL, against my will
06 June: Right to Refuse drugs. DENIED
06 June: Right to Refuse drugs. DENIED *Force injected* HALDOL, against my will

07 June: Right to Refuse drugs. DENIED *Force injected* HALDOL, against my will
07 June: Right to Refuse drugs. DENIED *Force injected* HALDOL, against my will
07 June: Right to Refuse drugs. DENIED *Force injected* HALDOL, against my will
Forced injected 5.5 mg of HALDOL prior to Court Hearing June 8 for a 90-day

08 June: Right to Refuse drugs. DENIED *Force injected* HALDOL, against my will
08 June: Right to Refuse drugs. DENIED
08 June: Right to Refuse drugs. DENIED *Force injected* HALDOL, against my will

09 June: Right to Refuse drugs. DENIED *Force injected* HALDOL, against my will
09 June: Right to Refuse drugs. DENIED
09 June: Right to Refuse drugs. DENIED *Force injected* HALDOL, against my will

10 June: Right to Refuse drugs. DENIED *Force injected* HALDOL, against my will
10 June: Right to Refuse drugs. DENIED
10 June: Right to Refuse drugs. DENIED *Force injected* HALDOL, against my will

11 June: Right to Refuse drugs. DENIED *Force injected* HALDOL, against my will
11 June: Right to Refuse drugs. DENIED
11 June: Right to Refuse drugs. DENIED

12 June: Right to Refuse drugs. DENIED *Force injected* HALDOL, against my will
12 June: Right to Refuse drugs. DENIED

26) Mandatory Forced Drugs by Providence St. Peter Hospital excel sheet

# EXHIBIT NUMBER WITH A BRIEF DESCRIPTION

27) <u>Providence Drug Interaction Report for Mandatory Forced Drugs MAY 31–JUNE 12</u>
Major (8)
Moderate (17)
Therapeutic Duplication (6)

28) List of negative drug-induced drug effects of body harm not injury related

29) **12 June**: Providence Discharge with Unlawful Mandatory Forced Drugs, and a forced injection of HALDOL on patient transfer to VA Puget Sound–American Lake
(Exh 31, Case No. 20-2-07852-8), (Exh 21, Case No. 20-2-07851-0)

30) Pharmaceutical Rape
(Exh 37, Case No. 20-2-07852-8), (Exh 27, Case No. 20-2-07851-0)

31) VA Puget Sound Healthcare Systems medical note June 18, 2001 "h/o right hip pain (secondary to ship fall)" (Exh 25, Case No. 20-2-07852-8. (Exh 4, Case No. 19-2-04117-34)

32) VA Puget Sound Healthcare Systems medical note July 25, 2001 <u>Issued a WALKING CANE</u>!! (Exh 22, Case No. 20-2-07852-8),
(Exh 4, Case No. 19-2-04117-34)

33) VA Puget Sound Healthcare Systems Progress Note: Rheumatology Dr. Paxon (referred by Dr. Weeks) Notes "This has never been treated directly except by massage and physical therapy." 00 JUN 28 Rheumatology Notes (Exh 24, Case No. 20-2-07852-8), (Exh 4, Case No. 19-2-04117-34)

34) Lawyers & Court Commissioners
*Case No. 01-6-97-9 THURSTON COUNTY SUPERIOR COURT
*Case No. 01-6-00742-4 PIERCE COUNTY SUPERIOR COURT
(Exh 32 Case No. 20-2-07852-8), (Exh 22 Case No. 20-2-07851-0)

35) Chapters 3, 4 from LOCKED (a Kindle version)

36) File Closed October 11, 2001 Docket #01-6-00742-4
(Exh 1, Case. No. 19-2-04117-34)

37) My Statement "I never had this condition". (Exh 2, Case No. 19-2-04117-34)
Women's Trauma Recovery Program at Palo Alto: "In the extensive review of manic symptoms, the patient does not meet any criteria…"(Exh 2, Case No. 19-2-04117-34)

38) Complete Driving Record Abstract 03/29/2018(Exh 3, Case No. 19-2-04117-34)

# EXHIBIT NUMBER WITH A BRIEF DESCRIPTION

39) RESTORATION OF RIGHTS PETITION for RCW 9-41-040(4) 9-41-047 Certificate *Form*, mentioned at the end of exhibit list for Case No. 20-2-07852-8, and Case No. 20-2-07851-0

40) Carolyn's Affidavit RESTORATION OF RIGHTS 11/01/2019
(Exh 33 Case No. 20-2-07852-8), (Exh 23, Case No. 20-2-07851-0)

41) Case No. 19-2-04117-34 Exhibit List 1-7 (*List only*)

42) RESTORATION OF RIGHTS granted Nov. 1, 2019 Case. No. 19-2-04117-34
(Exh 35, Case No. 20-2-07852-8), (Exh 25, Case No. 20-2-07851-0)

43) Carolyn's 2001 death sentence and an overcomer photo in 2019 back to life
(Exh 36, Case No. 20-2-07852-8), (Exh 26 Case No. 20-2-07851-0)

44) PHOTOS of CAROLYN: brief snap shots of Carolyn before, during, after–counterfeit–care
    1993: Carolyn, last known photo taken prior to the injury of Feb. 21 1994
    2019: Carolyn, most current photo Nov. 1 2019
    2016: Carolyn, Old Glory relay Sept 11 2016
    (Exh 38, Case No. 20-2-07852-8), (Exh 28, Case No. 20-2-07851-0)

45) PHOTOS of CAROLYN: brief snap shots of Carolyn before, during, after–counterfeit–care
    1980s: John Robert Powers; photo by Gordon Rumsey
    1980s: Downtown Los Angeles, CA by Michael Helm Photography
    2013: Carolyn, Carlsbad Bat caves
    1980s: John Robert Powers; photo by Gordon Rumsey
    (Exh 39, Case No. 20-2-07852-8), (Exh 29, Case No. 20-2-07851-0)

46) PHOTOS of CAROLYN: brief snap shots of Carolyn before, during, after–counterfeit–care
    1998 – Carolyn alive
    2002 – Carolyn, after four-forced chemical lobotomies from 2001, left gutted
    and a shell of a person
    2003 – Carolyn, at her apartment in Lakewood, WA wearing (2) SiLock Belts for pelvic
    support
    2010 – Carolyn, volunteering with Washington Trails Association on Mt Rainier wearing
    (1) SiLock Belt for pelvic support
    (Exh 40, Case No. 20-2-07852-8), (Exh 30, Case No. 20-2-07851-0)

## EXHIBIT NUMBER WITH A BRIEF DESCRIPTION

47) PHOTOS of CAROLYN: brief snap shots of Carolyn before, during, after–counterfeit–care
    2003 – Carolyn wearing (2) SiLock Belts for pelvic support while exiting the Lakewood Veterans Memorial metal globe
    2003 – Carolyn, busted up on bench at the Lakewood Veterans Memorial wearing (2) SiLock Belts for pelvic support
    2007 – Carolyn with, Dr. Paxon, Ranger Jack and Nurse Carol from Rheumatology at VA Puget Sound Healthcare Systems –American Lake Division, standing tall with no belts for pelvic support
    (Exh 41, Case No. 20-2-07852-8), (Exh 31, Case No. 20-2-07851-0)

48) PHOTOS of CAROLYN: brief snap shots of Carolyn before, during, after–counterfeit–care
    2007: Carolyn, obese
    2014: Carolyn, University of Washington presentation
    2017: Carolyn, and example after one Prolotherapy (and/or PRP) treatment (injections) to recover from Feb. 21 1994, and torture May 31 2001...An example of 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009. And then for my right ankle, and both left/right side of SI Joint, and left sided inflicted injury from torture (left sit-bone, hamstring etc.): 2014, 2015, 2016, 2017, 2018, 2019, and January 2020. Let that sink in.
    (Exh 42, Case No. 20-2-07852-8), (Exh 32, Case No. 20-2-07851-0)

49) Carolyn's medical procedural doctors for her physical injury: 1995-2020
    Dr. Adam R. Geiger
    Dr. Charles S. Paxon
    Dr. Mark A. Tomski
    (Exh 106, Case No. 20-2-07852-8), (Exh 39, Case No. 20-2-07851-0)

50) Carolyn; 1987 and 2019

51) Carolyn's medical procedural doctors for her physical injury: 1995-2020
    Dr. Adam R. Geiger
    Dr. Charles S. Paxon
    Dr. Mark A. Tomski
    (Exh 106, Case No. 20-2-07852-8), (Exh 39, Case No. 20-2-07851-0)

52) Carolyn's Physical Therapy medical progress notes, most records
(Exh 109, Case No. 20-2-07852-8), (Exh 41, Case No. 20-2-07851-0)

53) Carolyn's Chiropractic Care medical progress notes, most records
(Exh 108, Case No. 20-2-07852-8), (Exh 40, Case No. 20-2-07851-0)

54) Snap shot of Carolyn spanning years 1980-2009

## EXHIBIT NUMBER WITH A BRIEF DESCRIPTION

55) Snap shot of Carolyn spanning years 2010-2020

56) 4 Snap shot of Carolyn 1998, 2001, 2019 and 2020
(Exh 43, Case. No. Case No. 20-2-07851-0)

57) Case Law Reference from LOCKED book, pages 254-255 (a Kindle version)
(Exh 44, Case No. 20-2-07852-8), (Exh 34, Case No. 20-2-07851-0)

58) Law Citations of additional violations, LOCKED book, pages 256-269 (a Kindle version)
(Exh 46, Case No. 20-2-07852-8), (Exh 36, Case No. 20-2-07851-0)

59) *Where I was*: <u>01 JUN 06</u> Artist design for Carolyn trademark
*Where I was*: <u>01 JUN 06</u> "I NEED A JUDGE..." DENIED (Exh 20)

<u>14 JUN 10</u> USPTO Registered Trademark Reg No. 4546827 for Carolyn, (something I started in 1998). On a first renewal, hardly used, with barley enough to renew.

60) New Case in 2020:
Case No. 20-2-07851-0 Pierce County Superior Court 2020, Statement of Facts and Exhibit List. New case is to address Case No. 01-6-00742-4 Pierce County Superior Court 2001 due to No procedural due process.

61)New Case in 2020:
Case No. 20-2-07852-8 Thurston County Superior Court 2020, Statement of Facts and Exhibit List. Case New case is to address Case No. 01-6-97-9 Thurston County Superior Court 2001 due to No procedural due process.

NOTE: I have *legal standing* in Washington State:
*Case No. 01-6-97-9 Thurston County Superior Court 2001.
*Case No. 01-6-00742-4 Pierce County Superior Court 2001.

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

October 09 2020 11:49 AM

KEVIN STOCK
COUNTY CLERK
NO: 20-2-07852-8

# DRUG

# PACKET

## PARTIAL

Partial of a Partial due to file Size

Case No. 20-15012-6

CAROLYN® SIOUX GREEN
(Exh 112, Case No. 20-2-07852-8)

#GlimpseofMyPast

# Morphine

## *Chronic-Opioid Therapy* compliments of
## The U.S. Department of Veterans Affairs via
### VA PUGET SOUND HEALTH CARE SYSTEMS

Morphine is an opioid pain medication. An opioid is sometimes called a narcotic. Morphine is used to treat moderate to severe pain. Short-acting formulations are taken as needed for pain. The extended-release form of this medicine is for around-the-clock treatment of pain. (*Dosage* is based on 15 mg tablet unless otherwise stated) Chronic pain relief.

### 2005
Mar 30, one in am, one in afternoon, two in pm (28)
May 17, one in am, one in afternoon, two in pm (28)
May 27, one in am, one in afternoon, two in pm (28)

### 2006
Sep 6, as needed for breakthrough pain - discontinue Oxycodone (20)
Nov 9, as needed for breakthrough pain - discontinue Oxycodone (20)
Dec 29, as needed for breakthrough pain - discontinue Oxycodone (20)

### 2007
Feb 16, as needed for breakthrough pain - discontinue Oxycodone
Mar 22, one every day (20)
Apr 30, every four hours (20)
May 18, every four hours (20)
Jun 19, every four hours (20)
Jul 16, every four hours (20)
Sep 4, every four hours (20)
Sep 26, every four hours (20)
Oct 23, every four hours (20)
Nov 29, every four hours (20)
Dec 31, every four hours (20)

### 2008
Feb 25, every four hours (20)
Mar 12, every four hours (20)
Apr 28, every four hours (20)
Jun 2, every four hours (20)
Jun 30, every four hours (20)
Jul 28, every four hours (20)
Sep 24, every four hours (20)
Oct 15, every four hours (20)
Nov 24, every four hours (20)
Dec 1, every four hours (20)

# Four counts against:
# Title 21 §1306.12 (a)

# Morphine

# Morphine

# Morphine

# Morphine

July 17, 2020

candidCarolyn®

# #Locked40
# @candidCarolyn

## 2009
Jan 30,  every four hours (20)
Feb 24,  every four hours (20)
Mar 23,  every four hours (20)
Apr 21,  every four hours (20)
May 18,  every four hours (20)
Jun 9,  every four hours (20)
Jun 30,  every four hours (20)
Aug 4,  every four hours (20)
Aug 20,  every four hours (56)
Sep 18,  every four hours (20)
Oct 12,  every four hours (20)
Nov 9,  every four hours (20)
Nov 27,  every four hours (20)

## 2010
Jan 4,  every 12 hours (56)
Jan 28,  every 12 hours (56)
Feb 24,  every 12 hours (56)
Mar 17,  every 12 hours (56)
May 3,  every 12 hours (56)
May 10,  every 12 hours (56)
Jun 3,  every 12 hours (56)
Jul 19,  four times a day (112)
Jul 28,  four times a day (112)
Sep 23,  four times a day (112)
Oct 12,  four times a day (112)
Oct 18,  four times a day (112)
Dec 12,  four times a day (112)

## 2011
Jan 24,  four times a day (112)
Feb 10,  four times a day (112)
Apr 18,  four times a day (112)
Jun 6,  four times a day (112)
Jun 16,  four times a day (112)
Jul 11,  four times a day (112)
Aug 14,  four times a day (112)
Sep 30,  four times a day (112)
Oct 7,  four times a day (112)
Nov 1,  four times a day (112)
Dec 13,  four times a day (112)

## 2012
Jan 17,  four times a day (112)
Feb 23,  four times a day (112)
Apr 3,  four times a day (112)
Apr 10,  four times a day (28)
May 9,  four times a day (112)

## 2012 continued
Jun 21,  four times a day (112)
Jul 22,  four times a day (112)
Aug 26,  four times a day (112)
Sep 7,  four times a day (112)
Oct 4,  four times a day (112)
Oct 28,  four times a day (112)
Dec 10,  four times a day (112)
Dec 20,  four times a day (112)

## 2013
Feb 2,  four times a day (112)
Mar 25,  four times a day (112)
Apr 29, four times a day (112)
May 21,  four times a day (112)
Jun 18,  four times a day (112)
Jul 28,  four times a day (112)
Aug 29,  four times a day (112)
Oct 7,  four times a day (112)
Oct 15,  four times a day (112)
Nov 12,  four times a day (112)
Dec 9,  four times a day (112)

## 2014
Jan 13,  four times a day (112)
Mar 6,  four times a day (112)
Mar 10,  four times a day (112)
Apr 14,  four times a day (112)
Jun 27,  four times a day (112)
Jul 18,  four times a day (112)
Aug 6,  four times a day (112)
Aug 14,  four times a day (112)
Sep 18,  four times a day (112)
Oct 22,  four times a day (84)
Oct 31,  four times a day (84)
Dec 4,  four times a day (112)
Dec 15,  four times a day (84)

## 2015
Jan 9,  three times a day (84)
Dec 17,  10 mg/ 5 mL as needed (150 mL) (oral solution)

## 2016   (oral solution)
Feb 16,  10 mg/ 5 mL as needed (150 mL)
Apr 25,  10 mg/ 5 mL as needed (150 mL)
Jul 05,  10 mg/ 5 mL as needed (150 mL)
Nov 04,  10 mg/ 5 mL as needed (100 mL)

Morphine
VA PUGET SOUND

#GlimpseofMyPast

# VA PUGET SOUND HEALTH CARE SYSTEM

**2017** (oral solution)
Jan 13, 10 mg/ 5 mL as needed (100 mL)
Mar 07, 10 mg/ 5 mL as needed (100 mL)
May 02, 10 mg/ 5 mL as needed (100 mL)
June 05, 10 mg/ 5 mL as needed (100 mL)

# Morphine

Self-discontinuance and last dose taken June 9, 2017 and reported to three separate doctors; Two doctors at VA Puget Sound Health Care System –American Lake (663 & 663A4), plus one Non-VA care doctor. Here's a good one; I hadn't seen a Primary Care Provider in SEVEN (7) months.

**Prescribing Morphine AFTER self-discontinuance is a crime, and against the rule of law.** All scripts oral $sol^n$ 10mg/ take 5mL as needed

| RX# | Date | Amount | Refilled by |
|---|---|---|---|
| 1. 10296642 | July 05 | 100 mL | ▮▮▮▮ |
| 2. 10374266 | Aug 18 | 100 mL | ▮▮▮▮ |
| 3. Forgot to call September, VA would have sent, count it. | | | ---------------- |
| 4. 10450969 | Oct 04 | 100 mL | ▮▮▮▮ |
| 5. 10476804 | Nov 01 | 100mL | |

Prescribing this drug, an Opioid, a controlled substance classified under Schedule II is clearly against Title 21 Code of Federal Regulation under §1306.12 (a): "Refilling prescriptions: issuance of multiple prescriptions. The refilling of a prescription for a controlled substance listed in Schedule II is prohibited." And, (i) states, "Each separate prescription is issued for a legitimate medical purpose by an individual practitioner acting in the usual course of professional practice."

 **FOUR counts against Title 21 §1306.12**; The U.S. Department of Veterans Affairs via VA Puget Sound Health Care Systems. #G5971 on Chronic Opioid therapy for 13 years.

I am appalled by this unionized lackadaisical culture of remotely prescribing pharmaceuticals, controlled or otherwise, that is killing, disfiguring, dismantling, crippling, and maiming veterans, daily. I was nearly one–of the dead. By the grace and mercy of God I'm still here!!

No human protection mechanism and enormous regulatory gaps. Copy and past refills is not medication remediation nor is just verifying the patient is still taking the drugs.



With Narc records + drugs as proof.

*Certified return receipt rcvd:*
10/11/18 @ 0615am:7018068000145044905 Director Tadych
10/11/18 @ 0816am:7018068000145044875 Director Hoey
10/11/18 @ 0816am:7018068000145044899▮▮
10/12/18 @ 0934am:7018068000145044882▮▮▮▮
10/31/18 @ 0522am:7018036000134514609 VA Sec. Wilke

July 17, 2020                    candidCarolyn®

*#partSIOUXpartWhite © Carolyn® Sioux Green*

#Locked40          3
@candidCarolyn

## Celebrex (Celecoxib)

Celebrex (celecoxib) is a nonsteroidal anti-inflammatory drug (NSAID). Celecoxib works by reducing hormones that cause inflammation and pain in the body. Used to treat pain or inflammation caused by many conditions such as arthritis, ankylosing spondylitis (caused), and menstrual pain. (Doses is based on 200 mg unless otherwise stated) for arthritic pain

BLACK BOX WARNING issues April 7, 2005, with a stern warning about serious adverse cardiovascular risks. VA not once mentioned this warning. ONLY 2 years after I was prescribed the drug. I was LEFT on this drug for another EIGHT (8) years after my provider retired, and after the Black Box Warning with no warning or precautions even though I'd asked for help coming off the drug. NO help was provided. At all.

The enormous problem here is I took this drug EVERYDAY at mostly the MAX doses (400mg/day) 200 mg in the AM and 200 mg in the PM. I wasn't allowed to take any other NSAIDs at all due to the prescribed and ingesting the MAX dosage, and yet the VA pharma record does not accurately reflect the prescriptions (drugs) prescribed and distributed by VA Puget Sound Health Care Systems–American Lake, Seattle too. This same problem exists with the Gabapentin file, for me. Lidoderm patches, eye drops, and so on.

**2003** started at American Lake VA.

**2004** May 26, take one twice a day (180), May 26, 50 mg take half-tablet once a day (8)
Aug 16, 50 mg take half-tablet once a day (15), Sep 21, take one twice a day (180)

**2005** Jun 3, take one twice a day (180)

**2006** Mar 3, take one twice a day (180)

**2007** Feb 20, take one twice a day (180)

**2008** Mar 3, take one twice a day (180)

**2009** May 4, take one twice a day (180)

**2010** Jan 4, 100 mg, take one twice a day (180),  May 25, take one twice a day (180)

**2011** Feb 28, take one twice a day (180)

**2012** Mar 6, take one twice a day (180), Dec 31, take one twice a day (180)

**2013** (none listed)

**2014** Mar 14, take one twice a day (180), Aug 13, take one twice a day (180)

Refilled drug missing on VA Pharma data records.
Information taken directly from VA Puget Sound
(663A4) pharma data record obtained on 2016 Nov 8,
CRX

# U.S. Department of Veterans Affairs

### Methocarbamol / Robaxin

Methocarbamol is a muscle relaxant. It works by blocking nerve impulses (or pain sensations) that are sent to your brain. Methocarbamol is used together with rest and physical therapy to treat skeletal muscle conditions such as pain or injury. It may also be used for purposes not listed in this medication guide.

# VA Puget Sound

**1997**

Jun 25, 500 mg every eight hours as needed for spasms (30)

**1998**

Feb 26, 500 mg every night at bedtime as needed for neck pain (40)
yet her note states (1000mg qhs prn)

Nov 9, 500 mg two at bedtime as needed for muscle spasm (40)

**2002**

Jan 24, 750 mg one three times a day up to five times a day for spasm (25)

**2013**

Oct 15, 750 mg two four times a day as needed for muscle spasm (200)

**2014**

Dec 4, 750 mg two four times a day as needed for muscle spasm (200)

## Refilled drugs missing on VA pharma data record. Information taken directly from VA Puget Sound (663A4) pharma data record obtained on 2016 Nov 08.

#Locked40
#GlimpseofMyPast
@candidCarolyn

# Drug Transparency

## DRUG INTERACTIONS

Drugs Prescribed and Dispended, Courtesy of
VA Puget Sound Health Care Systems
3/4 Prison 1/4 hospital

**2003-2014:** 7-drugs with 7 major and 10 moderate
12 years on Clonazepam**
12 years on Gabapentin
 5 years on Methadone
10 years on Morphine
11 years on Risperidone **
11 years on Celebrex
 8 years on Citalopram
**Contains Aspartame

**1996-2002:** 2-drugs with 1 major
Paxil and Trazodone

**2006:** 7-drugs with 6 major 10 moderate and
3 therapeutic duplications, just for the month of
February. Note, this carried on for years
Methadone
Risperidone **
Celebrex
Seroquel
Gabapentin
Citalopram
Clonazepam**
**Contains Aspartame
Therapeutic Duplication of drugs: *four*
*psychotropic*, *five* central nervous system, *two*
antipsychotics.

VA Puget Sound

227 #Locked40
@candidCarolyn

For a PHYSICAL INJURY

RECEIVED

2020 OCT 12  AM 10: 19

# FILED
## 2020 OCT 12
## KING COUNTY
## SUPERIOR COURT CLERK

### CASE #: 20-2-15087-8 SEA

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## FOR THE COUNTY OF KING

| | |
|---|---|
| CAROLYN ® SIOUX GREEN | NO. 20-2-15087-8 SEA |
| Plaintiff(s) | ORDER SETTING CIVIL CASE SCHEDULE |
| vs | |
| | ASSIGNED JUDGE: KEENAN, Dept. 26 |
| UNITED STATES COAST GUARD, ET AL | |
| | FILED DATE: 10/12/2020 |
| Defendant(s) | TRIAL DATE:10/11/2021 |

A civil case has been filed in the King County Superior Court and will be managed by the Case Schedule on Page 3 as ordered by the King County Superior Court Presiding Judge.

## I. NOTICES

**NOTICE TO PLAINTIFF:** The Plaintiff may serve a copy of this **Order Setting Case Schedule (Schedule)** on the Defendant(s) along with the **Summons and Complaint/Petition.** Otherwise, the Plaintiff shall serve the *Schedule* on the Defendant(s) within 10 days after the later of: (1) the filing of the **Summons and Complaint/Petition** or (2) service of the Defendant's first response to the **Complaint/Petition,** whether that response is a **Notice of Appearance**, a response, or a Civil Rule 12 (CR 12) motion. The **Schedule** may be served by regular mail, with proof of mailing to be filed promptly in the form required by Civil Rule 5 (CR 5).

**NOTICE TO ALL PARTIES:**
All attorneys and parties should make themselves familiar with the King County Local Rules [*KCLCR*] – especially those referred to in this **Schedule**. In order to comply with the **Schedule**, it will be necessary for attorneys and parties to pursue their cases vigorously from the day the case is filed. For example, discovery must be undertaken promptly in order to comply with the deadlines for joining additional parties, claims, and defenses, for disclosing possible witnesses [*See KCLCR 26*], and for meeting the discovery cutoff date [*See KCLCR 37(g)*].
      **You are required to give a copy of these documents to all parties in this case.**

# I. NOTICES (continued)

**CROSSCLAIMS, COUNTERCLAIMS AND THIRD PARTY COMPLAINTS:**
A filing fee of **$240** must be paid when any answer that includes additional claims is filed in an existing case.

**KCLCR 4.2(a)(2)**
A Confirmation of Joinder, Claims and Defenses or a Statement of Arbitrability must be filed by the deadline in the schedule. The court will review the confirmation of joinder document to determine if a hearing is required. If a Show Cause order is issued, all parties cited in the order must appear before their Chief Civil Judge.

**PENDING DUE DATES CANCELED BY FILING PAPERS THAT RESOLVE THE CASE:**
When a final decree, judgment, or order of dismissal of all parties and claims is filed with the Superior Court Clerk's Office, and a courtesy copy delivered to the assigned judge, all pending due dates in this *Schedule* are automatically canceled, including the scheduled Trial Date. It is the responsibility of the parties to 1) file such dispositive documents within 45 days of the resolution of the case, and 2) strike any pending motions by notifying the bailiff to the assigned judge.

Parties may also authorize the Superior Court to strike all pending due dates and the Trial Date by filing a *Notice of Settlement* pursuant to KCLCR 41, and forwarding a courtesy copy to the assigned judge. If a final decree, judgment or order of dismissal of all parties and claims is not filed by 45 days after a *Notice of Settlement*, the case may be dismissed with notice.

**If you miss your scheduled Trial Date**, the Superior Court Clerk is authorized by KCLCR 41(b)(2)(A) to present an *Order of Dismissal*, without notice, for failure to appear at the scheduled Trial Date.

**NOTICES OF APPEARANCE OR WITHDRAWAL AND ADDRESS CHANGES:**
*All parties to this action must keep the court informed of their addresses.* When a Notice of Appearance/Withdrawal or Notice of Change of Address is filed with the Superior Court Clerk's Office, parties must provide the assigned judge with a courtesy copy.

**ARBITRATION FILING AND TRIAL DE NOVO POST ARBITRATION FEE:**
A Statement of Arbitrability must be filed by the deadline on the schedule **if the case is subject to mandatory arbitration** and service of the original complaint and all answers to claims, counterclaims and cross-claims have been filed. If mandatory arbitration is required after the deadline, parties must obtain an order from the assigned judge transferring the case to arbitration. **Any party filing a Statement must pay a $250 arbitration fee.** If a party seeks a trial de novo when an arbitration award is appealed, a fee of $400 and the request for trial de novo must be filed with the Clerk's Office Cashiers.

**NOTICE OF NON-COMPLIANCE FEES:**
All parties will be assessed a fee authorized by King County Code 4A.630.020 whenever the Superior Court Clerk must send notice of non-compliance of schedule requirements and/or Local Civil Rule 41.

**King County Local Rules are available for viewing at www.kingcounty.gov/courts/clerk.**

## II. CASE SCHEDULE

| * | CASE EVENT | EVENT DATE |
|---|---|---|
|  | Case Filed and Schedule Issued. | 10/12/2020 |
| * | Last Day for Filing Statement of Arbitrability without a Showing of Good Cause for Late Filing [*See KCLMAR 2.1(a) and Notices on Page 2*]. **$220 arbitration fee must be paid** | 03/22/2021 |
| * | **DEADLINE** to file Confirmation of Joinder if not subject to Arbitration [*See KCLCR 4.2(a) and Notices on Page 2*]. | 03/22/2021 |
|  | **DEADLINE** for Hearing Motions to Change Case Assignment Area [*KCLCR 82(e)*]. | 04/05/2021 |
|  | **DEADLINE** for Disclosure of Possible Primary Witnesses [*See KCLCR 26(k)*]. | 05/10/2021 |
|  | **DEADLINE** for Disclosure of Possible Additional Witnesses [*See KCLCR 26(k)*]. | 06/21/2021 |
|  | **DEADLINE** for Jury Demand [*See KCLCR 38(b)(2)*]. | 07/06/2021 |
|  | **DEADLINE** for a Change in Trial Date [*See KCLCR 40(e)(2)*]. | 07/06/2021 |
|  | **DEADLINE** for Discovery Cutoff [*See KCLCR 37(g)*]. | 08/23/2021 |
|  | **DEADLINE** for Engaging in Alternative Dispute Resolution [*See KCLCR 16(b)*]. | 09/13/2021 |
|  | **DEADLINE**: Exchange Witness & Exhibit Lists & Documentary Exhibits [*KCLCR 4(j)*]. | 09/20/2021 |
| * | **DEADLINE** to file Joint Confirmation of Trial Readiness [*See KCLCR 16(a)(1)*] | 09/20/2021 |
|  | **DEADLINE** for Hearing Dispositive Pretrial Motions [*See KCLCR 56; CR 56*]. | 09/27/2021 |
| * | Joint Statement of Evidence [*See KCLCR 4 (k)*] | 10/04/2021 |
|  | **DEADLINE** for filing Trial Briefs, Proposed Findings of Fact and Conclusions of Law and Jury Instructions (Do not file proposed Findings of Fact and Conclusions of Law with the Clerk) | 10/04/2021 |
|  | Trial Date [*See KCLCR 40*]. | 10/11/2021 |

The * indicates a document that must be filed with the Superior Court Clerk's Office by the date shown.

## III. ORDER

Pursuant to King County Local Rule 4 [*KCLCR 4*], IT IS ORDERED that the parties shall comply with the schedule listed above. Penalties, including but not limited to sanctions set forth in Local Rule 4(g) and Rule 37 of the Superior Court Civil Rules, may be imposed for non-compliance. It is FURTHER ORDERED that the party filing this action **must** serve this *Order Setting Civil Case Schedule* and attachment on all other parties.

DATED:     10/12/2020

_____
PRESIDING JUDGE

## IV. ORDER ON CIVIL PROCEEDINGS FOR ASSIGNMENT TO JUDGE

**READ THIS ORDER BEFORE CONTACTING YOUR ASSIGNED JUDGE.**
This case is assigned to the Superior Court Judge whose name appears in the caption of this case schedule. The assigned Superior Court Judge will preside over and manage this case for all pretrial matters.

**COMPLEX LITIGATION:** If you anticipate an unusually complex or lengthy trial, please notify the assigned court as soon as possible.

**APPLICABLE RULES:** Except as specifically modified below, all the provisions of King County Local Civil Rules 4 through 26 shall apply to the processing of civil cases before Superior Court Judges. The local civil rules can be found at www.kingcounty.gov/courts/clerk/rules/Civil.

**CASE SCHEDULE AND REQUIREMENTS:** Deadlines are set by the case schedule, issued pursuant to Local Civil Rule 4.

**THE PARTIES ARE RESPONSIBLE FOR KNOWING AND COMPLYING WITH ALL DEADLINES IMPOSED BY THE COURT'S LOCAL CIVIL RULES.**

### A. Joint Confirmation regarding Trial Readiness Report
No later than twenty one (21) days before the trial date, parties shall complete and file (with a copy to the assigned judge) a joint confirmation report setting forth whether a jury demand has been filed, the expected duration of the trial, whether a settlement conference has been held, and special problems and needs (e.g., interpreters, equipment).

The Joint Confirmation Regarding Trial Readiness form is available at www.kingcounty.gov/courts/scforms. If parties wish to request a CR 16 conference, they must contact the assigned court. Plaintiff's/petitioner's counsel is responsible for contacting the other parties regarding the report.

### B. Settlement/Mediation/ADR
a. Forty five (45) days before the trial date, counsel for plaintiff/petitioner shall submit a written settlement demand. Ten (10) days after receiving plaintiff's/petitioner's written demand, counsel for defendant/respondent shall respond (with a counter offer, if appropriate).

b. Twenty eight (28) days before the trial date, a Settlement/Mediation/ADR conference shall have been held. FAILURE TO COMPLY WITH THIS SETTLEMENT CONFERENCE REQUIREMENT MAY RESULT IN SANCTIONS.

### C. Trial
Trial is scheduled for 9:00 a.m. on the date on the case schedule or as soon thereafter as convened by the court. The Friday before trial, the parties should access the court's civil standby calendar on the King County Superior Court website www.kingcounty.gov/courts/superiorcourt to confirm the trial judge assignment.

## MOTIONS PROCEDURES

### A. Noting of Motions

**Dispositive Motions:** All summary judgment or other dispositive motions will be heard with oral argument before the assigned judge. The moving party must arrange with the hearing judge a date and time for the hearing, consistent with the court rules. Local Civil Rule 7 and Local Civil Rule 56 govern procedures for summary judgment or other motions that dispose of the case in whole or in part. The local civil rules can be found at www.kingcounty.gov/courts/clerk/rules/Civil.

**Non-dispositive Motions:** These motions, which include discovery motions, will be ruled on by the assigned judge without oral argument, unless otherwise ordered. All such motions must be noted for a date by which the ruling is requested; this date must likewise conform to the applicable notice requirements. Rather than noting a time of day, the Note for Motion should state "Without Oral Argument." Local Civil Rule

7 governs these motions, which include discovery motions. The local civil rules can be found at www.kingcounty.gov/courts/clerk/rules/Civil.

**Motions in Family Law Cases not involving children:** Discovery motions to compel, motions in limine, motions relating to trial dates and motions to vacate judgments/dismissals shall be brought before the assigned judge. All other motions should be noted and heard on the Family Law Motions calendar. Local Civil Rule 7 and King County Family Law Local Rules govern these procedures. The local rules can be found at www.kingcounty.gov/courts/clerk/rules.

**Emergency Motions:** Under the court's local civil rules, emergency motions will usually be allowed only upon entry of an Order Shortening Time. However, some emergency motions may be brought in the Ex Parte and Probate Department as expressly authorized by local rule. In addition, discovery disputes may be addressed by telephone call and without written motion, if the judge approves in advance.

**B. Original Documents/Working Copies/ Filing of Documents: All original documents must be filed with the Clerk's Office.** Please see information on the Clerk's Office website at www.kingcounty.gov/courts/clerk regarding the requirement outlined in LGR 30 that attorneys must e-file documents in King County Superior Court. The exceptions to the e-filing requirement are also available on the Clerk's Office website. The local rules can be found at www.kingcounty.gov/courts/clerk/rules.

The working copies of all documents in support or opposition must be marked on the upper right corner of the first page with the date of consideration or hearing and the name of the assigned judge. The assigned judge's working copies must be delivered to his/her courtroom or the Judges' mailroom. Working copies of motions to be heard on the Family Law Motions Calendar should be filed with the Family Law Motions Coordinator. Working copies can be submitted through the Clerk's office E-Filing application at www.kingcounty.gov/courts/clerk/documents/eWC.

**Service of documents:** Pursuant to Local General Rule 30(b)(4)(B), e-filed documents shall be electronically served through the e-Service feature within the Clerk's eFiling application. Pre-registration to accept e-service is required. E-Service generates a record of service document that can be e-filed. Please see the Clerk's office website at www.kingcounty.gov/courts/clerk/documents/efiling regarding E-Service.

**Original Proposed Order:** Each of the parties must include an original proposed order granting requested relief with the working copy materials submitted on any motion. **Do not file the original of the proposed order with the Clerk of the Court.** Should any party desire a copy of the order as signed and filed by the judge, a pre-addressed, stamped envelope shall accompany the proposed order. The court may distribute orders electronically. Review the judge's website for information: www.kingcounty.gov/courts/SuperiorCourt/judges.

**Presentation of Orders for Signature:** All orders must be presented to the assigned judge or to the Ex Parte and Probate Department, in accordance with Local Civil Rules 40 and 40.1. Such orders, if presented to the Ex Parte and Probate Department, shall be submitted through the E-Filing/Ex Parte via the Clerk application by the attorney(s) of record. E-filing is not required for self-represented parties (non-attorneys). If the assigned judge is absent, contact the assigned court for further instructions. If another judge enters an order on the case, counsel is responsible for providing the assigned judge with a copy.

**Proposed orders finalizing settlement and/or dismissal by agreement of all parties shall be presented to the Ex Parte and Probate Department.** Such orders shall be submitted through the E-Filing/Ex Parte via the Clerk application by the attorney(s) of record. E-filing is not required for self-represented parties (non-attorneys). Formal proof in Family Law cases must be scheduled before the assigned judge by contacting the bailiff, or formal proof may be entered in the Ex Parte Department. **If final order and/or formal proof are entered in the Ex Parte and Probate Department, counsel is responsible for providing the assigned judge with a copy.**

**C. Form**

Pursuant to Local Civil Rule 7(b)(5)(B), the initial motion and opposing memorandum shall not exceed 4,200 words and reply memoranda shall not exceed 1,750 words without authorization of the court. The word count

includes all portions of the document, including headings and footnotes, except 1) the caption; 2) table of contents and/or authorities, if any; and 3): the signature block. Over-length memoranda/briefs and motions supported by such memoranda/briefs may be stricken.

*IT IS SO ORDERED. FAILURE TO COMPLY WITH THE PROVISIONS OF THIS ORDER MAY RESULT IN DISMISSAL OR OTHER SANCTIONS. PLAINTIFF/PEITITONER SHALL FORWARD A COPY OF THIS ORDER AS SOON AS PRACTICABLE TO ANY PARTY WHO HAS NOT RECEIVED THIS ORDER.*

_____
PRESIDING JUDGE